UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Jose Ramon Valadez, et al,* ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1807-L <br> 08MJ1519-AJB <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).)

*Miguel Angel Torres-Sewin*

DATED: 6/3/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ L. MADUENO
Deputy Clerk