UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　)<br>*Jose Ramon Valadez, et al.* )<br>　　　　Defendant(s)　　　)<br>　　　　　　　　　　　　　) | CRIMINAL NO. _08CR1807-L_<br>_08MJ1519-AJB_<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

*Amelia Perez-Campos*

DATED: _6/3/08_

　　　　　　　　　　　　　　　　　　　　ANTHONY J. BATTAGLIA

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　　　　　　OR
　　　　DUSM

　　　　　　　　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR.   Clerk
　　　　　　　　　　　　　　　　　　　　by _J. Maduen_   **J. MADUEN**
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CLERK'S OFFICE COPY　　　　　　　　　　　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95